**Appeal Dismissed and Memorandum Opinion filed October 1, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00383-CV

### RICHARD A. DUNSMORE, Appellant

### V.

### ALLEN HIGHTOWER ET AL, Appellee

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 78057-I**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed April 8, 2015. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless an exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272

(Tex. 1992) (orig. proceeding).

On September 8, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before September 18, 2015. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown.